IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | No. CV-F-06-659 OWW/SMS P |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| Plaintiff, | ) | (Doc. 14) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| N. GRANNS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Plaintiff moves for reconsideration of the Order dismissing his action. Plaintiff requests the court to reconsider the decision to decline to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law claims.

    The motion for reconsideration is DENIED. Plaintiff's objections to the recommendation for dismissal of this action requested the court to exercise supplemental jurisdiction. In adopting the recommendation and dismissing the action, the court at that time agreed to decline to exercise supplemental jurisdiction. Plaintiff's motion for reconsideration merely

1

1 | reargues a position already rejected by the court.

IT IS SO ORDERED.

**Dated:   February 12, 2007**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE